UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

| | |
|---|---|
| PEARL COMPANIES, INC.,<br>a Florida corporation<br>FEI: **-***-5024 | CASE NO. 10-19336-BKC-JKO<br><br>CHAPTER 11 CASES<br>(Joint Administration Pending) |
| PEARL ARTIST AND CRAFT SUPPLY CORP.,<br>a Florida corporation<br>FEI: **-***-7012 | CASE NO. 10-19358-BKC-JKO |
| PEARL ART & CRAFT SUPPLIES OF CALIFORNIA,<br>INC., a California corporation<br>FEI: **-***-6451 | CASE NO. 10-19359-BKC-RBR |
| PEARL ART & CRAFT SUPPLIES OF<br>MASSACHUSETTS, INC., a Massachusetts corporation<br>FEI:**-***-0803 | CASE NO. 10-19362-BKC-JKO |
| PEARL ART & CRAFT SUPPLIES, INC.,<br>a New Jersey corporation<br>FEI: **-***-1413 | CASE NO. 10-19363-BKC-RBR |
| PEARL ART SUPPLY WHOLESALERS, INC.,<br>a New York corporation<br>FEI: **-***-7544 | CASE NO. 10-19364-BKC-JKO |
| PEARL ARTIST SUPPLIES OF ILLINOIS, INC.,<br>an Illinois corporation<br>FEI: **-***- 2396 | CASE NO. 10-19365-BKC-RBR |
| PEARL PAINT COMPANY, INC.,<br>a New York corporation<br>FEI: **-***-9970 | CASE NO. 10-19366-BKC-JKO |
| PEARL PAINT OF SUFFOLK COUNTY, INC.,<br>a New York corporation<br>FEI: **-*** 0996 | CASE NO. 10-19369-BKC-RBR |
| PEARL ART & CRAFT SUPPLIES OF<br>PENNSYLVANIA, INC., a Pennsylvania corporation<br>FEI:**-***-5774 | CASE NO. 10-10371-BKC-JKO |

    Debtors.
_____/

**DEBTORS' EMERGENCY MOTION FOR**
**JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES**

Debtors seek an emergency and expedited hearing on this motion in these cases, which involve related entities that have been operated as a single business. Requiring separate notices and pleadings would be burdensome and costly and the relief requested is of an emergent nature. Joint administration would permit notice to creditors and interested parties without undue duplication and would be an efficient process for administration of these related estates.

Debtors and debtors in possession (Debtors), by and through undersigned counsel move the court, pursuant to F.R.C.P 1015 and Local Rules 1015-1, 5005-1(G)(1)(a) and 9013-1(C)(14) for an order granting joint administration of these Chapter 11 cases filed by the above named Debtors. In support of this motion, Debtors rely on the Declaration of Rosalind Perlmutter (CP**#5**) and the Chapter 11 Case Management Summaries to be filed with the Court and say:

1. This court has jurisdiction of these cases pursuant to 28 U.S.C. 157 and 1334; the cases are core proceedings and venue is proper in this District. 28 U.S.C. 167(b)(2)(A) and 1408.

2. This motion is based on F.R.C.P. 1015.

3. These cases were commenced by the filing of voluntary Chapter 11 petitions on April 9 and 10, 2010 (the Petition Date). The Debtors remain in possession and operate and manage their business pursuant to §§ 1107 and 1108 of the Bankruptcy Code. As of the date of this motion no Statutory Committee, trustee or examiner has been appointed.

4. The Pearl Companies, Inc., operates retail stores for the sale of artist and arts and craft supplies in several states. The Pearl Companies, Inc. is the parent holding company and owns all the capital stock in each of the subsidiaries that have filed petitions for relief under Chapter 11 of the Bankruptcy Code. Some of the subsidiaries are special purpose entities having no purpose other than to be the named tenant on the lease occupied by an operating entity. Specific information concerning history of the business of the Debtors, management, organizational structure and operations is contained in the Declaration of Rosalind Perlmutter and the court, creditors and parties in interest are directed to the Declaration for further information. Additional information is contained in the Case Management Summaries to be filed with the Court and which are incorporated herein.

5. Debtors respectfully request entry of an order directing joint administration of these Chapter 11 cases for procedural purposes only at this time, including the joint filing of any

disclosure statements and reorganization plans and other contested matters, pursuant to F.R.C.P. 1015 and Local Rule 1015-1.

6. The Debtors specifically request that the Chapter 11 cases be jointly administered under the lowest case number of The Pearl Companies, Inc., Case No. 10-19336-BKC-JKO.

7. The cases were initially assigned to different judges and the Debtors request that the cases be transferred to the judge to whom the lowest case number was assigned.

8. Bankruptcy Rule 1015-1 grants authority for joint administration. Each of the debtors are affiliates as defined in § 101(2) of the Bankruptcy Code and such is indicated in the petitions filed by each debtor. The issues presented in these cases are overlapping notwithstanding that the debtors are distinct separate entities. Under the circumstances, the court is authorized to grant the relief requested.

9. Joint administration will eliminate the need for duplicative notices, motions, orders, hearings and other pleadings saving time and expense for the court, the Debtors and creditors.

10. Pursuant to Local Rule1015-1(B)(1) joint administration will not result in any conflict of interest among the Debtors' estates and the rights of creditors and parties in interest will not be adversely affected among the estates of the Debtors by joint administration as separate books and records will be maintained by the Debtors.

11. Moreover, a creditor may file its claim against a particular Debtor's estate. The cost reduction by such joint administration will be of benefit to all creditors.

**WHEREFORE,** Pearl respectfully requests entry of a order granting the relief requested substantially in the form of the Order attached hereto as Exhibit "A" and granting such other relief as the court deems proper.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court, Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1.

    Respectfully submitted,

    SANDLER & SANDLER
    B y M. L. Sandler, P. A.
    *Proposed Counsel for Debtors in Possession*
    P.O. Box 402727, Miami Beach, FL 33140
    T: 305-379-6655/F: 786-472-7077

3

E: martin@sandler-sandler.com

*/s/ Martin L. Sandler*

Martin L. Sandler
Florida Bar No. 0070370

**EXHIBIT "A"**
**PROPOSED ORDER**

CASE STYLE

### ORDER GRANTING DEBTORS' EMERGENCY MOTION
### FOR JOINT ADMINISTRATION OF RELATED CASES

The motion of the Debtors filed pursuant to Bankruptcy Rule 1015 and Local rule 1015-1 (B)(2)(a) for joint administration of the related cases came on to be heard before the court on April 14, 2010 at 1:30 p.m. in Fort Lauderdale, Florida. The cases identified in the above caption are pending in this court filed by a debtor and its subsidiaries. It appears to the court that these cases should be jointly administered as authorized by Bankruptcy Rule 1015 and Local Rule 1015-1(B)(2)(a) and it is

ORDERED:

1. These cases shall be jointly administered. Case no 10-19336-BKC-JKO is the "lead case".

2. A single case docket and court file will be maintained by the clerk of this court under the "lead case" number.

3. Pleadings filed in other than the lead case shall be captioned under the lead case name and case number followed by the words "Jointly Administered" and beneath the caption, the case names and numbers for the cases in which the document is filed. Claims filed shall indicate only the case number and case name in which the claim is asserted. Separate claims registers shall be maintained for each case. Ballots shall be styled and filed only in the case name and number of the member case for which the plan is being voted on when filed.

4. The debtor-in-possession, or if applicable, trustee, will not comingle the assets or liabilities unless and until it is determined, after notice and hearing, that these cases involve the same debtor or that another ground exists to order substantive consolidation of these cases.

// // //

Submitted by:
Martin L. Sandler
Florida Bar No.: 0070370
SANDLER & SANDLER By M.L. Sandler, P.A.

*Proposed Counse lfor Debtors*
P.O. Box 402727 Miami Beach, FL 33140
T: 305-379-6655 / F: 786-472-7077
E: martin@sandler-sandler.com

Attorney Sandler shall serve a copy of the signed order upon receipt on all parties of record as limited by the Order Limiting Notice entered in these cases and file with the court a certificate of service conforming with Local Rule 2002-1 (F)