

**ORDERED in the Southern District of Florida on March 07, 2011.**

John K. Olson, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| PEARL COMPANIES, INC.., *et al*. | |
| | Case No. 10-19336-BKC-JKO |
| Debtors. | (Jointly Administered) |
| _____/ | |

**ORDER (I) APPROVING FINAL FEE APPLICATION OF SONEET R. KAPILA, C.P.A. AND KAPILA & COMPANY CERTIFIED PUBLIC ACCOUNTANTS, AS ACCOUNTANTS AND FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, (II) AWARDING HOLDBACKS FROM PRIOR INTERIM FEE AWARDS AND (III) APPROVING ALL PRIOR FEE AWARDS ON A FINAL BASIS**

**THIS MATTER** came before the Court on March 1, 2011 at 10:30 a.m., upon the Final Fee Application for Allowance and Payment of Compensation and Reimbursement of Expenses to Soneet R. Kapila, C.P.A. and Kapila & Company, Certified Public Accountants, (collectively, "K&C"), as Accountants and Financial Advisors to the Official Committee of Unsecured Creditors [D.E. 477] (the "Final Fee Application").

On August 10, 2010, K&C filed its First Interim Fee Application for services rendered from June 24, 2010 through July 31, 2010 (the "First Interim Application") [D.E.201], seeking fees in the amount of $17,936.20 and costs in the amount of $1.05.  On September 13, 2010, this Court entered an Order approving the First Interim Application (the "First Interim Fee Order") [D.E. 248], awarding K&C $14,348.96 in fees and $1.05 in costs.  The sum of $3,587.24 was held back from the First Interim Fee Order.

On December 10, 2010, K&C filed its Second Interim Fee Application for services rendered from August 1, 2010 through November 30, 2010 (the "Second Interim Application") [D.E. 334], seeking fees in the amount of $51,708.40 and costs in the amount of $81.83. On January 13, 2011, this Court entered an Order approving the Second Interim Application (the "Second Interim Fee Order") [D.E. 381], awarding K&C $41,432.18 in fees and $81.83 in costs. The sum of $10,276.22 was held back from the Second Interim Fee Order.

On February 9, 2011, K&C filed the Final Fee Application for services rendered from December 1, 2010 through January 31, 2011, seeking fees in the amount of $16,465.20 and costs in the amount of $143.49, an award of holdbacks from prior fee applications and approval of all fees on a final basis.

The Court, having considered the Final Fee Application, the record in this proceeding, having heard the presentation of counsel, and being otherwise fully advised in the premises,

**ORDERS** as follows:

1. Soneet R. Kapila, C.P.A. and Kapila & Company, Certified Public Accountants, is awarded, on a final basis, the total sum of $86,336.17, which represents: (a) $16,465.20 in fees and $143.49 in costs as requested in the Final Fee Application, (b) $14,348.96 in fees and $1.05

10427-001/#538

in costs, as awarded on an interim basis pursuant to the First Interim Fee Order, (c) $41,366.72 in fees and $81.83 in costs, as awarded on an interim basis pursuant to the Second Interim Fee Order, (d) $3,587.24 in fees held back in the First Interim Fee Order, and (e) $10,341.68 in fees held back in the Second Interim Fee Order.

2. In making the foregoing award, the Court has evaluated the factors set forth in *Matter of First Colonial Corp.*, 544 F.2d 1291 (5th Cir. 1977); and *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974), and finds that the amounts awarded herein represent reasonable compensation for actual and necessary services rendered and expenses incurred by K&C.

3. The Debtors are authorized and directed to pay K&C the sum of $22,188.44, which represents the amounts awarded herein, less the amounts previously paid by the Debtors to K&C pursuant to the Order Granting Debtors' Motion To Establish Procedures For Payment Of Interim Fees And Costs To Professionals Nunc Pro Tunc To The Petition Date [D.E. #129].

###

Submitted by:
Glenn D. Moses, Esq.
GENOVESE JOBLOVE & BATTISTA, P.A.
Counsel for the Official Committee of Unsecured Creditors
100 Southeast Second Street, 44th Floor
Miami, Florida 33131
Telephone: (305) 349 2300
Facsimile : (305) 349 2310

Copies to:
Glenn D. Moses, Esq.
*(Attorney Moses shall serve a copy of this Order upon all interested parties upon receipt and file a certificate of service.)*

10427-001/#538