UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                              CASE NO. 10-19336-BKC-JKO

PEARL COMPANIES, INC., *et al,* [1]                                 CHAPTER 11 CASES
                                                                    (Jointly Administered)

    Debtors.
_____/

## MOTION TO CONVERT CERTAIN CHAPTER 11 CASES TO CASES UNDER CHAPTER SEVEN OF THE BANKRUPTCY CODE OR IN THE ALTERNATIVE DISMISSAL OF THE NON-REORGANIZED DEBTOR CASES

       Pearl Art & Craft Supplies of Massachusetts, Inc., Case No. 10-19362; Pearl Art & Craft Supplies, Inc., Case No. 10-19363; Pearl Art Supply Wholesalers, Inc., Case No. 10-19364; Pearl Artist Supplies of Illinois, Inc, Case No. 10-19365; Pearl Paint of Suffolk County, Inc.,10-19369; and Pearl Art & Craft Supplies of Pennsylvania, Inc., Case No. 10-19371 (Movants) seek conversion of their respective Chapter 11 cases to cases under Chapter 7 of the Bankruptcy Code or in the alternative dismissal and say:

       1.    Each of the Movants filed petitions for relief under Chapter 11 of the Bankruptcy Code on April 10, 2010 and since the filing have been subject to the jurisdiction of this court in the Jointly Administered Chapter 11 case of Pearl Companies, Inc, *et al*, as debtors-in-possession.

       2.    During the proceedings Pearl Companies, Inc., *et al* filed a First Amended Plan of Reorganization (the Plan) (ECF #388) that was confirmed by order of this court dated March 4, 2011 (ECF #605).

---

[1] The Debtors, the last four digits of their tax identification numbers, and case numbers are as follows: (i) Pearl Companies, Inc. (5024), Case No. 10-19336-JKO; (ii) Pearl Artist and Craft Supply Corp. (7012), Case No. 10-19358-JKO; (iii) Pearl Art & Craft Supplies of California, Inc. (6451), Case No. 10-19359; (iv) Pearl Art & Craft Supplies of Massachusetts, Inc. (0803), Case No. 10-19362; (v) Pearl Art & Craft Supplies, Inc. (1413) , Case No. 10-19363; (vi) Pearl Art Supply Wholesalers, Inc. (7544) , Case No. 10-19364; (vii) Pearl Artist Supplies of Illinois, Inc. (2396) , Case No. 10-19365; (viii) Pearl Paint Company, Inc. (9970) , Case No. 10-19366; (ix) Pearl Paint of Suffolk County, Inc. (0996) , Case No. 10-19369; and (x) Pearl Art & Craft Supplies of Pennsylvania, Inc. (5774) , Case No. 10-19371.  *See* 11 U.S.C. 342(c)(1).

3.  The Plan provided, *inter alia,* that only certain of the debtors in the Jointly Administered case would be defined as Reorganized Debtors. The Plan further provided that subsequent to confirmation of the Plan the Movants would seek to convert their cases to cases under Chapter 7 of the bankruptcy Code.

4.  Section 1112(a) if the Bankruptcy Code states that "… debtor may convert a case under this Chapter to a case under Chapter 7 of this title unless - (1) the debtor is not a debtor in possession; the case was originally commenced as an involuntary case under this chapter; or the case was converted to a case under this chapter other than on the debtor's request"

5,  Section 1112(b) of the Bankruptcy Code provides that on request of a party in interest, the court may either convert the case to a Chapter 7 case or dismiss the case, whichever is in the best interests of the creditors and the estate if the Movant establishes cause.

6.  Since the Movants' estates are devoid of assets, dismissal is an economical alternative to conversion as dismissal will result in judicial economy.

**WHEREFORE**, Movants seek entry of an order converting each of the Movants' cases to cases under Chapter 7 of the Bankruptcy Code or in the alternative an order dismissing Movants' cases and for such other relief s the court deems proper.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and that I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above motion was served by CM/ECF electronic notification this 17th day of March, 2011 and will also be served by mail upon the court matrix.

Respectfully submitted,

SANDLER & SANDLER
By M. L. Sandler, P. A.
*Counsel for Debtors in Possession*
P.O. Box 402727, Miami Beach, FL 33140
T: 305-379-6655/F: 786-472-7077
E: martin@sandler-sandler.com

*/s/ Martin L. Sandler*

Martin L. Sandler
Florida Bar No. 0070370