

**ORDERED in the Southern District of Florida on March 21, 2011.**

_____
**John K. Olson, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | **CASE NO. 10-19336-BKC-JKO** |
| PEARL COMPANIES, INC., *et al,* [1] | **CHAPTER 11 CASES** |
| | (Jointly Administered) |
| Debtors. | |
| _____/ | |

## ORDER GRANTING FINAL AWARD OF COMPENSATION TO KABAT, SCHERTZER, DE LA TORRE AND TARABOULOS, DEBTORS' ACCOUNTANTS

This cause came on to be heard before the court on March 1, 2011 at 10:30 a.m. on the Final Fee Application of for Kabat Schertzer De la Torre and Taraboulos, accountants for the

---

[1] The Debtors, the last four digits of their tax identification numbers, and case numbers are as follows: (i) Pearl Companies, Inc. (5024), Case No. 10-19336-JKO; (ii) Pearl Artist and Craft Supply Corp. (7012), Case No. 10-19358-JKO; (iii) Pearl Art & Craft Supplies of California, Inc. (6451), Case No. 10-19359; (iv) Pearl Art & Craft Supplies of Massachusetts, Inc. (0803), Case No. 10-19362; (v) Pearl Art & Craft Supplies, Inc. (1413) , Case No. 10-19363; (vi) Pearl Art Supply Wholesalers, Inc. (7544) , Case No. 10-19364; (vii) Pearl Artist Supplies of Illinois, Inc. (2396) , Case No. 10-19365; (viii) Pearl Paint Company, Inc. (9970) , Case No. 10-19366; (ix) Pearl Paint of Suffolk County, Inc. (0996) , Case No. 10-19369; and (x) Pearl Art & Craft Supplies of Pennsylvania, Inc. (5774) , Case No. 10-19371.  *See* 11 U.S.C. 342(c)(1).

Debtors, [ECF #475]. The court having reviewed the applications and no objection to the applications having been filed, it is

**ORDERED:**

1.  Robert Taraboulos of the accounting firm Kabat, Schertzer, De La Torre and Taraboulos is allowed 100% of the fees of $29,558.25 for which application was made, inclusive of fees of $22,618.75 for the period November 1, 2010 through January 31, 2011 and the 20% holdback of $6,939.50 from the prior interim award for September and October 2010. No costs have been requested by the applicant.

2.  All prior interim awards are confirmed and approved as Final Awards of fees and costs.

3.  In allowing the foregoing fees, the Court has considered § 330 of the Bankruptcy Code and each of the factors that govern reasonableness of fees set forth in *In re: First Colonial Corp. of America, 544 F. 2d 1290 (5th Cir. 1977)*. Should any interested party request detailed findings regarding this award, upon motion filed within 14 days of the date hereof the court will enter such findings.

// // //

Submitted by:
Martin L. Sandler
Florida Bar No.: 0070370
SANDLER & SANDLER by M.L. Sandler, P.A.
*Counsel for the Debtors*
P.O. Box 402727 Miami Beach, FL 33140
T: 305-379-6655 / F: 786-472-7077
E: martin@sandler-sandler.com

Attorney Sandler shall serve a copy of the signed order on all parties of record as limited by the Order Limiting Notice entered in these cases and file with the court a certificate of service conforming with Local Rule 2002-1 (F).